# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-119 |
| | ) | (VARLAN/GUYTON) |
| DAVID L. HARRISON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on Defendant's Motion to Extend Motion Cut-Off Deadline [Doc. 11], filed on November 13, 2006. Defendant requests that his November 13, 2006 motion-filing deadline be extended fourteen (14) days to November 27, 2006. He states that defense counsel has not been able to complete his investigation into the circumstances of this case at this time and cannot yet fully advise Defendant regarding the filing of motions in this case. Additionally, counsel for Defendant states that he has received discovery from the government, but that counsel and his staff have been researching a novel legal issue central to the case. Further, counsel indicates that Defendant has faced state charges on the same set of alleged facts and that counsel needs time to consult with Defendant's state defense team. The motion relates that the government has no objection to the requested extension.

1

Finding that Defendant has shown good cause for an extension, the Court hereby

**GRANTS** the motion [**Doc. 11**] and extends the deadline for filing motions to **November 27, 2006**.

The government's deadline for responding to any motion is likewise extended to **December 5, 2006**.

All other dates in this case shall remain the same at this time.

> **IT IS SO ORDERED.**

ENTER:


_____s/ H. Bruce Guyton_____
United States Magistrate Judge